JUDGE FRANKLIN D. BURGESS

FILED _____ LODGED
_____ RECEIVED

JUN 28 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE TACTICAL TAILOR, INC., a Washington corporation,<br><br>        Plaintiff,<br>vs.<br><br>DANIEL K. HIRAYAMA, dba SEMPER PARATUS TACTICAL,<br><br>        Defendant. | NO. C05 5463 FDB<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>[~~PROPOSED~~]<br><br>NOTE ON MOTION CALENDAR:<br>June 1, 2006 |

THIS MATTER, having come on regularly before the Court on the motion of Plaintiff, the Court having considered the pleadings, records, and files herein, and the Court being otherwise fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff's motion for leave to amend complaint is hereby granted in its entirety;

DONE ~~IN OPEN COURT~~ this 28 day of ~~May,~~ JUNE 2006.

_____
JUDGE FRANKLIN D. BURGESS

MAHER INGELS SHAKOTKO
CHRISTENSEN LLP
1015 PACIFIC AVENUE, SUITE 300
TACOMA, WASHINGTON 98402
(253) 722-1700 FACSIMILE (253) 722-1701

05-CV-05463-ORD

Presented by:

MAHER INGELS SHAKOTKO
CHRISTENSEN LLP


s/ Veronica E. Shakotko
KELLY DeLAAT-MAHER, WSBA No. 26201
VERONICA E. SHAKOTKO, WSBA No. 26201
Attorneys for Plaintiff


Approved as to form by:

LAW OFFICE OF DAVID L. TINGEY


_____
David L. Tingey, WSBA No. 11545
Attorney for Defendant

Order on Motion for Leave to Amend Complaint
Page 2 of 2
4438—052206
C05 5463 FDB

MAHER INGELS SHAKOTKO
CHRISTENSEN LLP
1015 PACIFIC AVENUE, SUITE 300
TACOMA, WASHINGTON 98402
(253) 722-1700 FACSIMILE (253) 722-1701